MILTON L. KAHNER, an Infant, by LAZARUS KAHNER, His Guardian ad Litem, Respondent, *v.* OTIS ELEVATOR COMPANY, Appellant.

*Kahner* v. *Otis Elevator Co.*, 96 App. Div. 169, affirmed.
(Argued October 13, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

27, 1904, affirming a judgment in favor of plaintiff entered upon a verdict.

*William B. Hornblower* and *Mark W. Potter* for appellant.

*Charles F. Brown* and *Sumner B. Stiles* for respondent.

Judgment affirmed, with costs, on the ground that the questions raised by the appellant do not survive the unanimous affirmance by the Appellate Division; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.